**DENY; and Opinion Filed June 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00215-CV

### IN RE ANCIENT SEAS EXPLORATION & PRODUCTION, LLC, AND CONTINENTAL EXPLORATION, LLC, Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-2967**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Whitehill
Opinion by Justice Lang-Miers

Relators filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its January 25, 2015 "Order Granting Plaintiff's Motion to Approve Audit Plan" and its February 11, 2015 "Order on Defendants' Motion to Clarify Order Granting Plaintiff's Motion to Approve Audit." Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relators have failed to establish their right to mandamus relief. We deny the petition.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

150215F.P05